IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01910-RPM

NICHOLAS M. FALLETTA,

    Plaintiff,

v.

OFFICER DEREK WYBERG and
OFFICER ANTOINETTE RAMOS,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [3] filed September 25, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear responsibility for their own costs and attorney fees.

    DATED: September 26th, 2012

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge